**NPAS, Inc.**
P.O. BOX 99400
LOUISVILLE, KY 40269


428732-833039098-A3



Servicios Prestados por:



| Nombre del Paciente | Valdes Nedel Diaz |
|---|---|
| Número de Cuenta | 75084256 |
| Fecha(s) de Servicio | 06/11/2018 - 06/18/2018 |
| Fecha del Edo. de Cuenta | 12/18/2018 |
| Fecha de Colocación | 11/26/2018 |

005779

**VALDES NEDEL DIAZ**
APT 102
1830 ABBEY RD
WEST PALM BEACH, FL 33415-9171

**Comuníquese con nosotros**
NPAS, Inc.
Sin Costo 1-800-681-9692  Español: 1-800-681-9692
LUV-VIE 8AM-10PM CST

Por favor esté preparado para proporcionar el nombre completo del paciente/parte responsable, fecha de nacimiento, y domicilio postal. Todas las llamadas podrán grabarse.

## SOLICITUD DE PAGO

| Total de Pago | Saldo Actual | Vencimiento del Pago | Monto Que Usted Debe |
|---|---|---|---|
| $ 0.00 | $ 19,175.77 | 01/02/19 | $ 19,175.77 |

Nuestros registros indican que nos comunicamos anteriormente con usted en relación al saldo que aún se debe en la cuenta. Le instamos que remita su pago completo hoy mismo. En caso que no pueda pagar el saldo completo, por favor comuníquese con nosotros al 1-800-681-9692 para hablar de opciones para resolver su cuenta.

**Información del Seguro**

No tenemos información del seguro en el expediente para esta cuenta. Si esto es incorrecto, por favor comuníquese al 1-800-681-9692.

**Opciones de Pago**

 **PAGUE EN LINEA** en el portal del proveedor:
www.jfkmc.com/billpay

 **PAGUE POR TELEFONO** sin costo adicional mediante nuestro sistema automatizado durante o después de las horas hábiles normales. Sin Costo 1-800-681-9692.

 **PAGO POR CORREO:** gire el pago al proveedor indicado a continuación y envíelo con el cupón anexo a la dirección especificada para el pago.

*****POR FAVOR VEA INFORMACIÓN IMPORTANTE AL DORSO*****
Por favor desprenda y remita esta sección con su pago

☐ Si su domicilio ha cambiado, marque aquí y llene la forma al dorso

**VALDES NEDEL DIAZ**
APT 102
1830 ABBEY RD
WEST PALM BEACH, FL 33415-9171

| | |
|---|---|
| Fecha del Edo. de Cuenta | 12/18/2018 |
| Número de Cuenta | 75084256 |
| Fecha de Vencimiento del Pago | 01/02/19 |
| Saldo a Deber | $ 19,175.77 |
| Monto del Pago Adjunto | |

Por favor no remita dinero en efectivo. Si su pago es con cheque o giro postal, por favor indique el número de cuenta y gire su cheque al: JFK MEDICAL CENTER.

**POR FAVOR DESPRENDA ESTE CUPÓN Y REMITA CON SU PAGO AL SIGUIENTE DOMICILIO:**

JFK MEDICAL CENTER
P.O. BOX 740771
CINCINNATI, OH 45274-0771

Autorización de Tarjeta de Crédito (Por favor marque uno)

☐ MasterCard  ☐ VISA  ☐ DISCOVER  ☐ AMEX

Número de Tarjeta de Crédito

Fecha de Vto.

Firma del Titular de la Tarjeta

$ _____ Monto

DIAZ VALDES   00007508425602873000019175778