# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No.:** 9:19-cv-81513-JIC

NADEL DIAZ VALDEZ,

    Plaintiff,

v.

NPAS, INC., and JFK MEDICAL CENTER
LIMITED PARTNERSHIP,

    Defendant.
_____/

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and consent to have Magistrate Judge William Matthewman conduct any and all further proceedings in the case (including the trial) and order the entry of judgment.

DATED:     January 9, 2020

Respectfully Submitted,

| | |
|---|---|
| /s/ Jibrael S. Hindi | /s/ Naomi Massave Berry |
| **JIBRAEL S. HINDI, ESQ.** | **NAOMI MASSAVE BERRY, ESQ.** |
| Florida Bar No.: 118259 | Florida Bar No.: 69916 |
| E-mail:jibrael@jibraellaw.com | E-mail: nberry@carltonfields.com |
| **THOMAS J. PATTI, ESQ.** | Carlton Fields, P.A. |
| Florida Bar No.: 118377 | 100 S.E. Second St |
| E-mail:tom@jibraellaw.com | Suite 4200 |
| The Law Offices of Jibrael S. Hindi | Miami, FL 33131 |
| 110 SE 6th Street, Suite 1744 | Phone:(305) 539-7210 |
| Fort Lauderdale, Florida 33301 | Fax: 305-530-0055 |
| Phone: 954-907-1136 | |
| Fax:    855-529-9540 | *COUNSEL FOR DEFENDANTS* |
| | |
| *COUNSEL FOR PLAINTIFF* | |