UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81513-CIV-COHN/MATTHEWMAN

NADEL DIAZ VALDEZ,

    Plaintiff,

vs.

NPAS, INC., and JFK MEDICAL CENTER
LIMITED PARTNERSHIP,

    Defendants.
_____/

## ORDER DENYING TRANSFER TO UNITED STATES MAGISTRATE JUDGE

**THIS CAUSE** is before the Court on the parties' Notice and Consent to Proceed Before a United States Magistrate Judge [DE 15] ("Notice"). In accordance with the provisions of 28 U.S.C. § 636(c), the parties have voluntarily consented to have United States Magistrate Judge William Matthewman conduct all further proceedings in the case, including the trial and entry of final judgment. However, in light of the burgeoning caseload of all West Palm Beach magistrates, it is

**ORDERED AND ADJUDGED** that the parties' Notice and Consent to Proceed Before a Magistrate Judge [DE 15] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of January, 2020.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF