UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-81512-Civ-Brannon

NADEL DIAZ VALDEZ,

    Plaintiff,

vs.

MEDICREDIT, INC., and JFK MEDICAL
CENTER LIMITED PARTNERSHIP,

    Defendants.

_____/

Case No. 19-81513-Civ-Brannon

NADEL DIAZ VALDEZ,

    Plaintiff,

vs.

NPAS, INC., and JFK MEDICAL
CENTER LIMITED PARTNERSHIP,

    Defendants.

_____/

## ORDER GRANTING MOTION TO CONSOLIDATE CASES

**THIS CAUSE** is before the Court upon Defendant's Motion to Transfer and Consolidate Actions [DE 24]. Plaintiff is unopposed [DE 25]. Having reviewed the related cases of *Valdez v. Medicredit, Inc. et al.*, Case No. 19-81512-Civ-Brannon, and *Valdez v. NPAS, Inc. et al.*, Case No. 19-81513-Civ-Brannon, the Court agrees that the two cases should be consolidated.

A court may consolidate actions pending before it if the actions involve a common question of law or fact. Fed. R. Civ. P. 42(a). Rule 42(a) "codifies a district court's inherent managerial

1

power to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Young v. City of Augusta*, 59 F.3d 1160, 1168 (11th Cir. 1995); *see also Hall v. Hall,* 138 S. Ct. 1118, 1131 (2018) ("District courts enjoy substantial discretion in deciding whether and to what extent to consolidate cases."). "District court judges in this circuit have been urged to make good use of Rule 42(a) in order to expedite the trial and eliminate unnecessary repetition and confusion." *Young*, 59 F.3d at 1169.

Here, it is clear from the face of the Complaint filed in each case that the cases raise identical claims under the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act. Each case stems from alleged improper debt collection activity relating to the same medical treatment bills following Plaintiff's work-related accident on May 30, 2018. *See Hargett v. Valley Fed. Sav. Bank*, 60 F.3d 754, 765-66 (11th Cir. 1995) ("The proper solution to problems created by the existence of two or more cases involving the same parties and issues, simultaneously pending in the same court would be to consolidate them under Rule 42(a)."). Both Complaints state identical legal theories and factual allegations [*Compare* DE 1 in Case No. 19-81512-Civ-Brannon *with* DE 1 in Case No. 19-81513-Civ-Brannon]. Plaintiff has brought the lawsuits against one same Defendant (JFK Medical Center Limited Partnership) and two different co-defendants (NPAS, Inc. and Medicredit, Inc.). The parties are represented by the same counsel in both cases, and the parties have consented to have both cases consolidated before the undersigned U.S. Magistrate Judge. Due to the common core issues of law and fact, consolidation will economize both judicial resources and the resources of the parties.

For the foregoing reasons, the Court **ORDERS** as follows:

1. Defendant's Motion to Transfer and Consolidate Actions [DE 24] is **GRANTED**.

2. The Clerk of Court shall **CONSOLIDATE** the cases of *Valdez v. Medicredit, Inc. et al.*, Case No. 19-81512-Civ-Brannon, and *Valdez v. NPAS, Inc. et al.*, Case No. 19-81513-Civ-Brannon.

3. The case of *Valdez v. NPAS, Inc. et al.*, Case No. 19-81513-Civ-Brannon shall be **ADMINISTRATIVELY CLOSED**.

4. All future filings and pleadings shall be done solely in Case. No. 19-81512-Civ-Brannon and be styled as Nadel Diaz *Valdez v. Medicredit, Inc., NPAS, Inc. and JFK Medical Center Limited Partnership.*

5. For clarity of record, all parties in the newly-consolidated consent case shall execute a form consenting to jurisdiction by the undersigned U.S. Magistrate Judge to conduct any or all proceedings in this case (including the trial) and order the entry of judgment.[1]  The form shall be filed **by or before 5:00 P.M. EST on February 7, 2020.**

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 29th day of January, 2020.

*[signature]*
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE

---

[1] A sample form is available at https://www.flsd.uscourts.gov/forms/consent-proceed-united-states-magistrate-judge-0.